

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2015

No. 04-13-00744-CR

Arturo **NORIEGA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR4087
Honorable Dick Alcala, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Jason Pulliam, Justice

The court has considered the Appellant's Motion for En Banc Reconsideration, and the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court